IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-213-MOC-DCK

| CAMERON MCINTYRE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CHELSEA THERAPEUTICS INTERNATIONAL, LTD., et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Lee M. Whitman on April 20, 2012, concerning Ignacio E. Salceda. Mr. Salceda seeks to appear as counsel *pro hac vice* for Defendants.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Salceda is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendants.

Signed: April 20, 2012

David C. Keesler
United States Magistrate Judge