# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-213-MOC-DCK

| | |
|---|---|
| CAMERON MCINTYRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CHELSEA THERAPEUTICS ) | |
| INTERNATIONAL, LTD., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Lee M. Whitman on April 20, 2012, concerning Gregory L. Watts. Mr. Watts seeks to appear as counsel *pro hac vice* for Defendants.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Watts is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendants.

Signed: April 20, 2012

David C. Keesler
United States Magistrate Judge