# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:12-CV-213-MOC-DCK

| | | |
|---|---|---|
| **CAMERON MCINTYRE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CHELSEA THERAPEUTICS** | ) | |
| **INTERNATIONAL, LTD., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) filed by Gary W. Jackson on May 2, 2012, concerning Jeremy A. Lieberman.  Mr. Lieberman seeks to appear as counsel *pro hac vice* for Plaintiff Cameron McIntyre.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Lieberman is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Cameron McIntyre.

Signed: May 2, 2012

David C. Keesler
United States Magistrate Judge