IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-213-MOC-DCK

| | |
|---|---|
| CAMERON MCINTYRE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CHELSEA THERAPEUTICS INTERNATIONAL, LTD., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion By Defendants Chelsea Therapeutics International, Ltd., Simon Pedder, L. Arthur Hewitt, J. Nick Riehle, And William D. Schwieterman For Consolidation" (Document No. 16) filed May 4, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion By Defendants Chelsea Therapeutics International, Ltd., Simon Pedder, L. Arthur Hewitt, J. Nick Riehle, And William D. Schwieterman For Consolidation" (Document No. 16) is **GRANTED**.

Signed: May 9, 2012

David C. Keesler
United States Magistrate Judge