IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-213-MOC-DCK

| | |
|---|---|
| CAMERON MCINTYRE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CHELSEA THERAPEUTICS INTERNATIONAL, LTD., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 18) filed by Norris A. Adams, II on May 10, 2012, concerning David W. Mitchell. Mr. Mitchell seeks to appear as counsel *pro hac vice* for Plaintiffs Andrew and Carolyn Albstein and Michael Klein.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Mitchell is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiffs Andrew and Carolyn Albstein and Michael Klein.

Signed: May 11, 2012

David C. Keesler
United States Magistrate Judge