IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-213-MOC-DCK

| | |
|---|---|
| CAMERON MCINTYRE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER |
| | ) |
| CHELSEA THERAPEUTICS INTERNATIONAL, LTD., et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 31) filed by Paul A. Daniels on June 4, 2012, concerning Francis P. McConville. Attorney McConville seeks to appear as counsel *pro hac vice* for Movant Roman Zak.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Attorney McConville is hereby admitted to appear before the Court *pro hac vice* on behalf of Movant Roman Zak.

Signed: June 5, 2012

David C. Keesler
United States Magistrate Judge