# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-213-MOC-DCK

| | |
|---|---|
| CAMERON MCINTYRE, ROMAN ZAK, ET AL. ) ) ) Plaintiffs, ) ) v. ) ) CHELSEA THERAPEUTICS INTERNATIONAL, LTD., ET AL., ) ) Defendants. ) ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Set Briefing Schedule For Motion To Dismiss" (Document No. 67) filed October 16, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Set Briefing Schedule For Motion To Dismiss" (Document No. 67) is **GRANTED**. As such, Defendants may file a motion to dismiss Plaintiffs' "Consolidated Securities Class Action Complaint" (Document No. 65) on or before **November 16, 2012**; Lead Plaintiff shall file his opposition to Defendants' motion to dismiss on or before **January 4, 2013**; and Defendants shall file a reply brief in support of their motion to dismiss on or before **January 25, 2013**.

**SO ORDERED**.

Signed: October 17, 2012

_____
David C. Keesler
United States Magistrate Judge