UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00213-MOC-DCK

| | | |
|---|---|---|
| **CAMERON MCINTYRE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CHELSEA THERAPEUTICS** | ) | |
| **INTERNATIONAL, LTD., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on two letters from the parties (## 96, 97) which have been appropriately categorized as miscellaneous filings in ECF. Both of these filings request substantive relief from the court, and as such, must be filed appropriately. The parties are instructed to re-file their motions in accordance with the requirements of Local Rule 7.1. The court therefore enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent the parties request relief and/or decisions from this court in their respective letters (##96, 97), such requests are denied without prejudice. The parties are instructed to submit motions in the appropriate format, as outlined in LCvR 7.1.

Signed: May 6, 2015

Max O. Cogburn Jr.
United States District Judge

-1-