IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-213-MOC-DCK

| | |
|---|---|
| CAMERON MCINTYRE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| CHELSEA THERAPEUTICS INTERNATIONAL, LTD. et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 100) filed by Paul A. Daniels, concerning Katherine M. Lenahan on May 19, 2015. Ms. Katherine M. Lenahan seeks to appear as counsel *pro hac vice* for Lead Plaintiff Roman Zak. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 100) is **GRANTED.** Ms. Katherine M. Lenahan is hereby admitted *pro hac vice* to represent Lead Plaintiff Roman Zak.

**SO ORDERED**.

Signed: May 19, 2015

David C. Keesler
United States Magistrate Judge