# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:12-CV-213-MOC-DCK

| | | |
|---|---|---|
| CAMERON MCINTYRE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHELSEA THERAPEUTICS | ) | |
| INTERNATIONAL, LTD. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 101) filed by Paul A. Daniels, concerning Megan M. Sullivan on May 19, 2015. Ms. Megan M. Sullivan seeks to appear as counsel *pro hac vice* for Lead Plaintiff Roman Zak. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 101) is **GRANTED.** Ms. Megan M. Sullivan is hereby admitted *pro hac vice* to represent Lead Plaintiff Roman Zak.

**SO ORDERED**.

Signed: May 19, 2015

David C. Keesler
United States Magistrate Judge