UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00213-MOC-DCK

| | |
|---|---|
| CAMERON MCINTYRE<br>ROMAN ZAK,<br><br>      Plaintiffs,<br><br>Vs.<br><br>SIMON PEDDER<br>L. ARTHUR HEWITT<br>J. NICK RIEHLE<br>CHELSEA THERAPEUTICS<br>INTERNATIONAL, LTD.<br>WILLIAM D. SCHWIETERMAN, et al.,<br><br>      Defendants. | ORDER AWARDING<br>ATTORNEYS FEES |

**THIS MATTER** is before the court on lead counsel for the plaintiff's Motion for an Award of Attorneys' Fees (#140), which is GRANTED. Having considered the motion and reviewed the pleadings, the court enters the following findings and Order.

**FINDINGS**

This matter came before the Court for hearing. Lead Counsel for the Class has applied for an award of attorneys' fees in the amount of $1,831,500 plus accrued interest, reimbursement of litigation expenses in the amount of $109,029.34 to be paid from the Settlement Fund, and an expense award to Lead Plaintiff in the amount of $10,000 to be paid from the Settlement Fund. The Court finds that the amount of attorneys' fees awarded is reasonable when considered as a percentage of the Settlement Fund created for the benefit of the Class, and also reasonable when

measured against Lead Counsel's lodestar of $2,446,876.25 and the 5,016.55 hours expended as set forth in the Declaration of Nadeem Faruqi in Support of Lead Plaintiff's Unopposed Motion for Final Approval of the Class Action Settlement and Lead Counsel's Unopposed Motion for an Award of Attorneys' Fees and Expenses, dated August 15, 2016 (the "Faruqi Declaration") and Exhibit D attached thereto. The Court finds that the expenses incurred by Lead Counsel and Local Counsel in the amount of $89,029.34, as set forth in the Faruqi Declaration and Exhibits E and F attached thereto, were appropriately expended to benefit the Class and are reasonable.

Lead Counsel's Unopposed Motion for an Award of Attorneys' Fees and Expenses is therefore granted.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for an Award of Attorneys' Fees (#140) is GRANTED, and Lead Counsel is awarded attorneys' fees in the amount of 33.3% of the Settlement Fund, or $1,831,500 and awarded reimbursement of litigation expenses in the amount of $89,029.34. Lead Plaintiff is granted an expense award of $10,000.

The amounts of attorneys' fees and expenses herein awarded shall be paid to Lead Counsel from the Settlement Fund upon entry of this Order. Lead Plaintiff shall be awarded $10,000 as an expense award for his lost time in connection with his prosecution of this Action. The amounts

of the reimbursement for Lead Plaintiff's lost time shall be paid to Lead Plaintiff from the Settlement Fund upon entry of this Order.

This 19th day of September, 2016.

*[Signature]*

Title of Signing Officer
United States District Court